UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SOFI LENDING CORP.,                                         :
:
                      Movant,                           :
:      22-mc-120 (VSB)
        -against-                                           :
:      **ORDER**
REUBEN GEORGE SILVA,                                        :
:
                   Respondent.         :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of the motion to compel compliance with subpoenas filed on April 28, 2022 by Sofi Lending Corp. ("Movant") against Reuben Silva ("Respondent").  (Doc. 3.)  Accordingly, it is hereby ORDERD that the parties shall appear before this Court for a telephonic conference on May 12, 2022 at 2:00 pm.  Movant shall inform Respondent of this order and notify the Court, on the day before the conference, whether Respondent will attend the conference.  The parties shall refer to my individual rules for dial-in information for the conference.

SO ORDERED.

Dated:  May 3, 2022
         New York, New York

                                                     Vernon S. Broderick
                                                     United States District Judge