UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
SOFI LENDING CORP.,                                      :
:
                Movant,              :
:    22-mc-120 (VSB)
     -against-                                         :
:    **ORDER**
REUBEN GEORGE SILVA,                                     :
:
                Respondent.          :
:
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Yesterday, I held a conference in this case regarding the motion to compel compliance with subpoenas filed by Sofi Lending Corp. ("Sofi") against Reuben Silva ("Silva"). (Doc. 3.) Silva did not appear for the conference. Based on Sofi's representation made in its submissions and in accordance with my comments made during the conference, I will take Sofi's motion as unopposed and grant its request to transfer.

      Accordingly, it is hereby ORDERED that this case is remanded to the docket 3:21-cv-00741-TJC-JBT (M.D. Fla.) before Judge Timothy J. Corrigan in the Middle District of Florida. Although it appears that Silva has been deliberately ignoring court orders, I do not decide whether to impose any sanctions on him, but instead leave the matter for the discretion of Judge Corrigan.

SO ORDERED.

Dated: May 13, 2022
       New York, New York

                                                Vernon S. Broderick
                                                United States District Judge